No. 02–5051. PARKER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–5053. HERNANDEZ-ESCARSEGA v. MORRIS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 02–5054. GRIFFIN v. CAMPBELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–5055. HOETZEL v. FRANK. C. A. 3d Cir. Certiorari denied.

No. 02–5056. JOHNSON v. OHIO. Ct. App. Ohio, Clinton County. Certiorari denied.

No. 02–5057. LIEFERT v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 02–5059. WILKERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5062. PAKTIPATT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5063. HART v. AVEDOVECH. C. A. 9th Cir. Certiorari denied.

No. 02–5064. JACKSON v. COWAN, WARDEN. Sup. Ct. Ill. Certiorari denied.

No. 02–5065. KNOWLES v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–5066. KEY v. UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT. C. A. 4th Cir. Certiorari denied.

No. 02–5067. JACKSON, AKA DEAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5068. SIMMONS v. TWIN CITY TOWING CO. C. A. 5th Cir. Certiorari denied.

No. 02–5069. VICKERS BEY v. PATAKI, GOVERNOR OF NEW YORK. C. A. 2d Cir. Certiorari denied.